7828. HIERS *v.* THE STATE.

HODGES, J. 1. The verdict of voluntary manslaughter is justified by the evidence and is not contrary to law.

2. The written statement offered by the State, in the nature of a confession from the accused, taken by the solicitor-general and the sheriff, was admissible in evidence. *Woolfolk* v. *State*, 81 *Ga.* 551 (8 S. E. 724).

*Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Indictment for murder; from Colquitt superior court—Judge Thomas. June 26, 1916.

*James Humphreys, T. H. Parker, Claude Payton*, for plaintiff in error. *J. A. Wilkes, solicitor-general*, contra.